Paul Merritt
Christiansen
P.o. box 9145
Laguna calif. 92652
Tel 949 249 2492

In PRO PER

UNITED STATES FEDERAL COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTAL REGISRATION DEPOSITORY #1346377, <br><br> Plaintiff <br><br> V. <br><br> FINRA [FINANCIAL INDUSTRY REGULATORY Authority], SUCCESSOR IN INTEREST OF NASD Defendant[s]; DOES 1 -8 | **Complaint** <br> Case No **SACV09-01395 CJC (RNBx)** <br> Declaratory RELIEF FOR FINRA REG.REP.LICENSE RE-INSTATEMENT; GENERAL AND PUNITIVE DAMAGES FOR GROSS NEGLIGENCE IN LICENSE DATA REGISTRATRATION, interference with freedom of ASSOCIATON in Board membership. **Jury trial requested** 4,5th,9th,10,14 amendments [due process] United States Constitution |

PARTIES

Plaintiff, was a registered REPRESENTATIVE WITH the NATIONAL ASSOCIATION OF SECURITIES DEALERS[herein after called NASD], listed as CRD #1346377 for more than 25 years in the STATE OF CALIFORNIA. The Financial Industry Regulatory Authority[herein called FINRA] succeedor-in-interest from NASD all federal authority regulating ''stockbrokers'' and broker-dealers throughout the UNITED STATES of AMERICA. The FEDEREL LEGISLATIVE INTENT forming FINRA is to streamline and better protect consumers in ''financial markets'' within the jurisdiction of the USA.

[Summary of pleading] - 1

However, plaintiff CRD # 1346377 learned and hereby alleges that as a candidate to ''serve'' on the national BOARD of FINRA; that the government of the UNITED STATES in fact formed an insular and secret agency, whereby both the PUBLIC AND stockbrokers [500,ooo members] could not petition, address, observe or communicate with the FINRA BOARD. FINRA BOARD meetings are secret, non- recorded and not open for even members of FINRA as registered REPEPRESNTATIVES.

FINRA is enabled and legislated by U.S. CODE AND FEDERAL SECURITIES RULES AND REGULATIONS - securities act of 1934-,et seq.  FINRA, IS located for diversity in MARYLAND AND WASHINGTON,D.C.

_Plaintiff CRD#1346377 [herein called CRD REP.] alleges defendant,FINRA intentionally and negligently blocked the CONSTITUTIONAL rights of CRD REP.,TO serve and be nominated to serve the FINRA national BOARD of DIRECTORS. Additionally, CRD REP., alleges and believes that up to the renewal time of the CRD REP, PLAINTIFF S  LICENSE  this defendant intentionally or, negligently caused improper and false data to be put into the PLAINTIFFS RECORD OF CRD FINRA registration via INTERNET FRAUD.

The result is that by the regulatory AUTHORITY persons such as BERNIE MADOFF were protected by this quasi SECRET government AGENCY  FINRA, and CRD REP. [S] known and unknown were caused to lose their reputation and lawful license.  AND, that as a proximate and direct result, PLAINTIFF crd  rep. Lost his registration status from negligent and intentional internet and document representations to 3rd party  broker dealers.

In other-words, Plaintiff was being ''hired'' prior to the license expiration, when DEFENDANT FINRA disseminated grossly false and misleading information about the Plaintiffs alleged prior customers.

## FINRA S FALSE CLAIM OF IMMUNITY FROM REDRESS

In a peaceful effort to resolve the improper revocation and termination of

CRD REP.[S] LICENSE, FINRA lawyer invited litigation as presently filed. FINRA lawyer, ms. TERI RIECHER [SIC] stated, ''you ll never get into court, because FINRA has complete legislative immunity against all torts, including violations of CRD REP[S] U.S. Constitutional rights.'' Unless, ''you can prove a pecuniary income to FINRA involving your registration for CRD licensing. Plaintiff CRD REP alleges FINRAS , ''immunity'' DEFENSE fails on three grounds.

1/ FINRA is remunerated with an annual registration FEE from each and every registered REP. in the USA.

2/ FINRA bills and collects a monthly or semi annual FEE from approximately 42 states regarding CRD ''computer input and registration information.''

3/ FINRA, collects a fee for ''reporting and collection'' of COMPUTER INFORMATION AND DETAIL about CRD ''detail'' and ''data'' of 8o dollars per applicant for service involving the FINRA ARBITRATION PANEL selection.

Plaintiff CRD REP. facts alleging GROUNDS FOR JUDICIAL RELIEF AND DAMAGES.

PLAINTIFF CRD REP. was both a series 7 [highest category] and series 63 registered REPRESENTATIVE under both NASD AND FINRA FOR more than 20 years.

During the past ten years CRD REP, was under the broker dealer supervision of a SOUTHERN CALIFORNIA company called QUEST CAPITAL STRATEGIES, INC. headquartered in ALISO VIEJO, CALIFORNIA.

1   THE RULE for CRD REP [S] is that their registration license can only be
2   inactive for 2 years, without a broker dealer, 'employment'. After two years
3   the license completely vanishes.
4     Plaintiff sought to ''place'' the CRD license about seven months prior to
5   the expiration on December 4TH 2008.
6    PLAINTIFF CRD REP. did find and establish a relationship for license
7   transfer with an authorized broker dealer firm in HOUSTON ,TEXAS… several
8   days before the expiration.  All registration systems were affirmative and
9   the transfer fees and documents were transferred. **HOURS PRIOR TO EXPIRATION**
10  **OF THE PLAINTIFF CRD REPS LICENSE… FINRA BY IT secret and internal computer**
11  **registration, informed the transferee NEW BROKER DEALER OF ''numerous**
12  **customer complaints'' involving the Plaintiff crd rep.**
13    The NEW broker dealer upon seeing this computer generated detail given on
14  the CRD COMPUTER SYSTEM, terminated and stopped the ''transfer'' into the new
15  employment for Plaintiff CRD REP.
16    THE SO-CALLED customer complaints were specious and patently false. In fact
17  **none of the detail on the FINRA computer even involved any customer of the**
18  **PLAINTIFF CRD REP.**
19    For example, FINRA and its CRD SYSTEM told the HOUSTON broker, that …''a
20  parking lot minor car damage'' 23 years earlier was a customer complaint.''
21  Another example; that when a small claims action in the 1980 s involving a
22  contractor that the plaintiff was a partner …''was a customer complaint''.
23    And, that when money was interplead  into a municipal court possibly being
24  an entitlement to the plaintiff CRD REP…, ''WAS A CUSTOMER COMPLAINT''.
25  ALL matters never involved a ''customer'' or, had any relationship to the
26  financial industry FINRA regulates.

1  The crux of Plaintiff s complaint is for declaratory relief that the
2  false and derogatory data transmitted by FINRA TO THE NEW BROKER DEALER was
3  the only and direct cause of the loss of the Plaintiff s license
4  registration.

5              Prayer for RELIEF

7  THAT the FEDERAL DISTRICT COURT REVIEW and order re-instatement of the
8  Plaintiff s crd. License for cause. And that such order be inclusive of a
9  restart date of two years, henceforth from the date of an ORDER,… to
10 reasonalbly enable the Plaintiff to undo the damage to his reputation and
11 locate a new Broker dealer with whom to place his CRD registration.
12 And further, the COURT is petitioned to PURGE and delete all negative
13 detail that by examination of the court is deemed irrelevant and false about
14 the Plaintiff s license.
15 That the COURT allow compensatory and punitive damages, and special
16 damages and nominal relief in favor of the PLAINTIFF for all torts, breaches,
17 both intentional and negligent against the Plaintiff from the defendants
18 severally and/or in all capacities known and unknown to the time of judgment.

20  Submitted and verified
21  *[signature]*
22  By PAUL MERRITT
23  CHRISTIANSEN    CRD PLAINTIFF       December 1, 2009

Name & Address: PAUL MERRITT CHRISTIANSEN
P.O. Box 9145
Laguna, CA 92652
(949) 249-2492

**FOR OFFICE USE ONLY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Central Registration Depository #1346377
PLAINTIFF(S)

v.

FINRA [Financial Industry Regulatory Authority] successor in interest of NASD Does 1-8
DEFENDANT(S).

CASE NUMBER

SACV09-01395 CJC (RNBx)

SUMMONS

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, **Pro-per Paul M. Christiansen** whose address is **P.O. Box 9145 Laguna, CA 92652**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **DEC -1 2009**

By: **A. DeAvila**
Deputy Clerk

(Seal of the Court)

**FOR OFFICE USE ONLY**

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Central Registration Depository # 1346377

**DEFENDANTS**
FINRA [Financial Industry Regulatory Authority] successor in-interest of NASD, et AL

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
PAUL MERRITT CHRISTIANSEN
5870 Franklin Av. 409
LA, CA - 90028   (949) 249-2492

**Attorneys (If Known)**
1735 K. Street
Washington, D.C. 20006

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ un-specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Securities Act 1934 et seq -

**VII. NATURE OF SUIT** (Place an X in one box only.)
Declaratory Relief / FALSE License DATA Dissemina...

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV09-01395 CJC (RNBx)**

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CAL. | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington, D.C. |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County - CA. | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 12/1/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV09- 1395 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY