SARAH GILL, SBN 190901
sarah.gill@finra.org
FINRA, Inc.
Office of General Counsel
1735 K Street, N.W.
Washington, D.C.  20006
Telephone: (202) 728-8334
Facsimile: (202) 728-8894

Attorney for Defendant FINRA, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL REGISTRATION DEPOSITORY #1346377,<br><br>    Plaintiff,<br><br>    v.<br><br>FINRA, Inc.; Does 1-8,<br><br>    Defendants. | CASE NO. SACV09-01395 CJC (RNBx)<br><br>LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE |

The undersigned counsel of record for defendant FINRA, Inc. (Financial Industry Regulatory Authority, Inc.)[1] certifies that the following listed party has a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

> FINRA, Inc., also known as Financial Industry Regulatory Authority, Inc., and
> 
> formerly known as National Association of Securities Dealers, Inc. (defendant).

---

[1] On July 30, 2007, National Association of Securities Dealers, Inc. (NASD) changed its name to Financial Industry Regulatory Authority, Inc. (FINRA).

In addition, FINRA, Inc. states that it is a private, not-for-profit Delaware corporation that has no stock or parent corporation. No publicly held corporation owns 10% or more of any FINRA, Inc. stock.

Respectfully submitted,

DATED: December 30, 2009  FINRA, INC.

By: ____/s/ Sarah Gill_____
     Sarah Gill

Attorney for Defendant FINRA, INC.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>December 30, 2009</u>, I served a true and correct copy of the foregoing document, which was electronically filed in this case on <u>December 30, 2009</u>, via email and first class mail, postage pre-paid, as required by Federal Rule of Civil Procedure 5, to:

    Paul Merritt Christiansen
    P.O. Box 9145
    Laguna, CA 92652
    *Pro Se Plaintiff*

                                       By: _____/s/ Sarah Gill_____
                                                  Sarah Gill